# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **Michael William Pawlak and** | ) | Case No. 15-21319 |
| **Patricia Ann Pawlak,** | ) | |
| | ) | Hon. Janet S. Baer |
| Joint Debtors. | ) | Hearing Date: February 16, 2018 |
| | ) | Time: 11:00 a.m. |

## CERTIFICATE OF SERVICE

To:    See Attached Service List

    I, Frank J. Kokoszka, hereby certify that on Thursday, January 25, 2018, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR) and Fee Application** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle, Chicago, Illinois on January 25, 2018.

Dated: January 25, 2018                                                                      Respectfully submitted,


                                                                                     By: */s/ Frank J. Kokoszka*
                                                                                          Chapter 7 Trustee

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 254-3156 (fax)
trustee@k-jlaw.com

## SERVICE LIST

**Via ECF Electronic Notice**

**Andrew J. Draus**
lawdraus@aol.com

**Rocio Herrera**
rherrera@noonanandlieberman.com
rherre6@gmail.com

**Patrick S. Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Via First Class Mail**

CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA
PO BOX 82609
LINCOLN, NE 68501-2609

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK 73124-8840