UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Michael William Pawlak | § | Case No. 15-21319 |
| Patricia Ann Pawlak | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 190,000.00 *(Without deducting any secured claims)* | Assets Exempt: 43,325.00 |
| Total Distributions to Claimants: 5,498.70 | Claims Discharged Without Payment: 415,184.95 |
| Total Expenses of Administration: 6,398.60 | |

3) Total gross receipts of $ 11,897.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 11,897.30 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 300,549.59 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,398.60 | 6,398.60 | 6,398.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 119,974.56 | 5,861.50 | 5,861.50 | 5,498.70 |
| **TOTAL DISBURSEMENTS** | $ 420,524.15 | $ 12,260.10 | $ 12,260.10 | $ 11,897.30 |

4) This case was originally filed under chapter 7 on 06/29/2017 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/16/2018        By:/s/Frank J. Kokoszka, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Foreclosure surplus | 1121-000 | 11,897.30 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,897.30** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 660807 Dallas, TX 75266-0807 | | 86,114.38 | NA | NA | 0.00 |
| | Bank of America P.O. Box 941000 Simi Valley, CA 93094-1000 | | 214,435.21 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 300,549.59** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,939.73 | 1,939.73 | 1,939.73 |
| Frank J. Kokoszka | 2200-000 | NA | 49.88 | 49.88 | 49.88 |
| BOK Financial | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Kokoszka & Janczur, P.C. | 3120-000 | NA | 224.66 | 224.66 | 224.66 |
| Kokoszka & Janczur, P.C. | 3210-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| Urban Asset Recovery | 3991-000 | NA | 2,974.33 | 2,974.33 | 2,974.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,398.60 | $ 6,398.60 | $ 6,398.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 48,952.00 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 6004 Sioux Falls, SD 57117-6004 | | 60,008.51 | NA | NA | 0.00 |
| | Home Depot P.O. Box 790393 Saint Louis, MO 63179 | | 1,294.74 | NA | NA | 0.00 |
| | Synchrony Bank P.O. Box 960061 Orlando, FL 32896-0061 | | 3,063.31 | NA | NA | 0.00 |
| | Synchrony Bank P.O. Box 960061 Orlando, FL 32896-0061 | | 954.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. - Cabela"s Club Visa | 7100-000 | 1,857.00 | 1,912.24 | 1,912.24 | 1,912.24 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Cavalry Spv I, Llc | 7100-000 | 2,913.00 | 2,979.86 | 2,979.86 | 2,979.86 |
| 3 | Citibank, N.A. | 7200-000 | 932.00 | 969.40 | 969.40 | 606.60 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 119,974.56 | $ 5,861.50 | $ 5,861.50 | $ 5,498.70 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-21319 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Michael William Pawlak | | | | Date Filed (f) or Converted (c): | 06/29/2017 (f) |
| | Patricia Ann Pawlak | | | | 341(a) Meeting Date: | 07/21/2015 |
| For Period Ending: | 04/16/2018 | | | | Claims Bar Date: | 10/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 1 N 034 Purnell Street, Carol Stream, Ill | 220,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash In Home | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Tcf Bank Checking Account | 1,300.00 | 0.00 | | 0.00 | FA |
| 4. Tcf Bank Savings Account | 500.00 | 0.00 | | 0.00 | FA |
| 5. Electronics & Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 6. Clothes | 400.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Rings | 500.00 | 0.00 | | 0.00 | FA |
| 8. Mutual Trust Life Insurance--Cash Value | 5,675.00 | 0.00 | | 0.00 | FA |
| 9. 2009 Chevy Aveo | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Bashan Scooter | 450.00 | 0.00 | | 0.00 | FA |
| 11. Foreclosure surplus (u) | 0.00 | 11,897.30 | | 11,897.30 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $233,325.00 | $11,897.30 | | $11,897.30 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case was initially closed on 9/25/2015 and was reopened on July 7, 2017 after the discovery of a foreclosure surplus. Trustee is pursuing the recovery of the foreclosure surplus.
 - Frank J. Kokoszka 10/12/2017

Initial Projected Date of Final Report (TFR): 02/01/2018     Current Projected Date of Final Report (TFR): 03/30/0201

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-21319 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Michael William Pawlak | Bank Name: BOK Financial |
| Patricia Ann Pawlak | Account Number/CD#: XXXXXX0344 |
| | Checking |
| Taxpayer ID No: XX-XXX9112 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/17 | 11 | DuPage County Sheriff- Chancery Surplus Trust<br>501 N. County Farm Road<br>Wheaton, Il. 60287-3986 | Foreclosure Surplus Funds Surplus Funds from a foreclosure sale (Sheriff's Sale) were discovered and Trustee filed a Motion for the release of the Surplus Funds | 1121-000 | $11,897.30 | | $11,897.30 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,887.30 |
| 12/01/17 | 101 | Urban Asset Recovery<br>c/o Alford Elliott<br>2510 E. 83rd ST.<br>Chicago IL 60617 | Payment to Trustee's Professional Payment to Asset Recovery Specialist pursuant to Court Order entered on 12/1/2017 | 3991-000 | | $2,974.33 | $8,912.97 |
| 02/20/18 | 102 | Frank J. Kokoszka | Distribution | | | $1,989.61 | $6,923.36 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order.   ($1,939.73) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order.   ($49.88) | 2200-000 | | | |
| 02/20/18 | 103 | Kokoszka & Janczur, P.C.<br>19 South LaSalle Street<br>Suite 1201<br>Chicago, Illinois 60603 | Distribution | | | $1,424.66 | $5,498.70 |
| | | Kokoszka & Janczur, P.C. | Final distribution representing a payment of 100.00 % per court order.   ($224.66) | 3120-000 | | | |
| | | Kokoszka & Janczur, P.C. | Final distribution representing a payment of 100.00 % per court order.   ($1,200.00) | 3210-000 | | | |
| 02/20/18 | 104 | Capital One Bank (Usa), N.A. - Cabela"s Club Visa<br>Po Box 82609<br>Lincoln, Ne 68501-2609 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $1,912.24 | $3,586.46 |

Page Subtotals: $11,897.30   $8,310.84

UST Form 101-7-TDR (10/1/2010) (Page: 8)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-21319 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Michael William Pawlak | Bank Name: BOK Financial |
| Patricia Ann Pawlak | Account Number/CD#: XXXXXX0344 |
| | Checking |
| Taxpayer ID No: XX-XXX9112 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/18 | 105 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $2,979.86 | $606.60 |
| 02/20/18 | 106 | Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Final distribution to claim 3 representing a payment of 62.57 % per court order. | 7200-000 | | $606.60 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $11,897.30 | $11,897.30 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,897.30 | $11,897.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,897.30 | $11,897.30 |

Page Subtotals: $0.00    $3,586.46

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0344 - Checking | $11,897.30 | $11,897.30 | $0.00 |
| | $11,897.30 | $11,897.30 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,897.30 |
| Total Gross Receipts: | $11,897.30 |